## THIRD DEPARTMENT, AUGUST, 1969

### (August 11, 1969)

In the Matter of the Claim of CRESCENCIO MORALES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for order directing the Unemployment Insurance Appeal Board to grant claimant a rehearing denied, without costs and without prejudice to an application to the Appeal Board. Application by attorney not duly licensed in this State to appear specially denied (Judiciary Law, §§ 478, 484). Gibson, P. J., Reynolds, Staley, Jr., Cooke and Greenblott, JJ., concur.